

# CHRIS DANIEL

## HARRIS COUNTY DISTRICT CLERK

August 12, 2015

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
8/14/2015 12:20:30 PM
CHRISTOPHER A. PRINE
Clerk

MELISSA MARTIN
ATTORNEY OF RECORD
1201 FRANKLIN ST, 13TH FL
HOUSTON, TX 77002

Defendant's Name: DAMONTE BONDS

Cause No: 1436427

Court: 337TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 8/06/15
**Sentence Imposed Date:** 7/22/15
**Court of Appeals Assignment: Fourteenth Court of Appeals**
**Appeal Attorney of Record:** MELISSA MARTIN

Sincerely,

S. NORRIS
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

MARY ANN RODRIGUEZ (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas 77210-4651

Cause No. 1436427

THE STATE OF TEXAS

Damante R. Bonds, v. A/K/A/ _____

___33?___ District Court / County Criminal Court at Law No. _____

Harris County, Texas

## NOTICE OF APPEAL

FILED
Chris Daniel
District Clerk
AUG 06 2015
Time: _____ Harris County, Texas
By _____ Deputy

TO THE HONORABLE JUDGE OF SAID COURT:

On August 6, 2015 (date), the defendant in the above numbered and entitled cause gives NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

[X] MOVES to withdraw.
[ ] ADVISES the court that he will CONTINUE to represent the defendant on appeal.

August 4, 2014
Date

Damante R. Bonds
Defendant (Printed name)

Allen C. Isbell
Attorney (Signature)

Allen C. Isbell
Attorney (Printed name)

104311500
State Bar Number

2016 Main 110
Address

713 236 1000
Telephone Number

The defendant (check all that apply):

[ ] REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

[ ] ASKS the Court to ORDER that a free record be provided to him.

[ ] ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

x Damante Bonds
Defendant (Signature)

x Damante Bonds
Defendant's Printed name

SWORN TO AND SUBSCRIBED BEFORE ME ON _____

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On ___Aug 6, 2015___ the Court conducted a hearing and FINDS that defendant / appellant

☐ IS NOT indigent at this time.

☑ IS indigent for the purpose of

    ☑ employing counsel

    ☑ paying for a clerk's and court reporter's record.

    ☑ employing counsel or paying for a clerk's and court reporter's record.

The Court ORDERS that

☑ Counsel's motion to withdraw is (GRANTED) DENIED.

☐ Defendant / appellant's motion (to be found indigent) is DENIED.

☑ Defendant's / appellant's motion is GRANTED and

    ☑ ___Melissa Martin___ (attorney's name & bar card number)
    is APPOINTED to represent defendant / appellant on appeal.

    ☑ The COURT REPORTER is ORDERED to prepare and file the reporter's record without charge to defendant / appellant.

BAIL IS:

☐ SET at $ _____

☐ TO CONTINUE as presently set.

☑ DENIED and is SET at NO BOND. (Felony Only)

DATE SIGNED: ___Aug 6, 2015___

_____
JUDGE PRESIDING
337 DISTRICT COURT
COUNTY CRIMINAL COURT AT LAW NO. ___,
HARRIS COUNTY, TEXAS

# PAUPER'S OATH ON APPEAL

CAUSE NO.: _1436427_          OFFENSE: _A_g_ Robbery_

THE STATE OF TEXAS          _337_ DISTRICT COURT

VS.                         OF

_OAmonte Bonds_          HARRIS COUNTY, TEXAS

**FILED**
Chris Daniel
District Clerk
AUG 6 2015
Time: _____
Harris County, Texas
By_____ Deputy

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES _OAmonte Bonds_, defendant in the above styled and numbered cause, and states under oath that he is without funds, property or income. The defendant respectfully petitions the court to: (check all that apply)

- [✓] Appoint appellate counsel to represent him.
- [✓] Asks the court to order that a free record be provided to him.

_OAmonte Bonds_
DEFENDANT

SUBSCRIBED AND SWORN to before me, this _6th_ day of _August_ A.D., 20_15_.

_____
DEPUTY DISTRICT CLERK
DISTRICT COURT
HARRIS COUNTY, TEXAS

## ORDER

On _8/6/15_ the court conducted a hearing and found that the defendant is indigent.

Assistant Public Defender Assigned HCPD

- [✓] The court orders that _Melissa Martin_ 2400 2532 SPN # 01638182 is appointed to represent defendant/appellant on appeal.
- [✓] The court reporter is ordered to prepare and file the reporter's record without charge to the defendant/appellant.

It is further ordered that the clerk of this court mail a copy of the order to the court reporter: _Mary Ann Rodriguez_, by certified mail return receipt requested.

_Renee Magee_
JUDGE PRESIDING
_337th_ DISTRICT COURT
HARRIS COUNTY, TEXAS

## AFFIRMATION

I, _____, Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to preform my duties as appellate counsel, I will notify the court immediately so that the court may take the appropriate action as deemed necessary.

ATTORNEY (SIGNATURE)                    BAR/SPN NUMBER

ADDRESS                    CITY          STATE          ZIP

PHONE                    FAX NUMBER

EMAIL ADDRESS

SWORN TO AND SUBSCRIBED BEFORE ME ON _____

_____
DEPUTY DISTRICT CLERK (SIGNATURE)
DISTRICT CLERK




Cause No. 1436427

THE STATE OF TEXAS

v.

Damonte Banks, Defendant

IN THE 337 DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. ____

HARRIS COUNTY, TEXAS

FILED
Chris Daniel
District Clerk
MAY 15 2015
Time:____
Harris County, Texas
By____
Deputy

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐ is not a plea-bargain case, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]

☒ is a plea-bargain case, and the defendant has NO right of appeal [or]

☐ the defendant has waived the right of appeal.

_____Renee Magee_____     _5/15/15_
Judge                                            Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review

X_____     _Allen C. Isbell_
Defendant                                    Defendant's Counsel

Mailing Address. _____          State Bar of Texas ID number: 10431500

Telephone number _____          Mailing Address: 202 Travis 208

Fax number (if any): _____       Telephone number: 713 236 1000

                                            Fax number (if any) 713 236 1809

\* "A defendant in a criminal case has the right of appeal under these rules The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal" TEXAS RULES OF APPELLATE PROCEDURE 25 2(a)(2)

9/1/2011

# APPEAL CARD

9-20-15

**Court**
337

**Cause No.**
1436427

**The State of Texas**

Dramant Vs Burds

**Date Notice**
**Of Appeal:** 8-6-15          7-22-15

**Presentation:**          Vol._____ Pg._____

**Judgment:**          Vol._____ Pg._____

**Judge Presiding** Renee McBrier
**Court Reporter** Mary Ann Rodriguz
**Court Reporter**_____
**Court Reporter**_____

**Attorney**
**on Trial** Allen Tyball

**Attorney**
**on Appeal**_____

**Appointed**_____ **Hired**_____

**Offense** Agg Robbery

**Jury Trial:**          Yes_____ No ✗

**Punishment**
**Assessed** 7 yrs TDC

**Companion Cases**
**(If Known)**_____

**Amount of**
**Appeal Bond**_____

**Appellant**
**Confined:**          Yes ✗ No_____

**Date Submitted**
**To Appeal Section**_____

**Deputy Clerk**_____

22/997